| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| versus § | CASE NO. 1:18-CR-106-2-MAC |
| § | |
| § | |
| JASON RAY PHILLIPS § | |

## ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Pending before the undersigned is the Defendant's *Pro Se* Motion for New PSR (#388). The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends that the Defendant's request to amend his Presentence Investigation Report (expunging his simple possession of marijuana charge) due to recent changes in the guidelines and to be re-sentenced (#388) be denied. To date, the parties have not filed objections to the report.

The court received and considered the Report of the United States Magistrate Judge (#390) filed pursuant to such referral, along with the record, pleadings and available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the report and recommendation of the magistrate judge is ADOPTED. It is therefore ORDERED that Defendant's motion (#388) is DENIED.

SIGNED at Beaumont, Texas, this 7th day of December, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE